435 A.2d 263

Commonwealth v. Blackburn, Appellant.

Argued November 10, 1980.    Robert G. Kochems, for appellant;  Harry A. Penich, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

435 A.2d 264

Commonwealth v. Dellaria, Appellant.

Argued November 10, 1980.    William F. Manifesto, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.